IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02481-RMR-NRN

EDWARD PERI,

    Plaintiff,

v.

AMERICAN EXPRESS, STEPHEN SQUERI,

    Defendants.

---

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

Defendants American Express National Bank ("American Express") and Stephen Squeri (hereinafter "Defendants"), by and through their undersigned counsel, and Plaintiff Edward Peri, acting *pro se*, having settled all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice, and with each party to bear its own costs and fees.

| | |
|---|---|
| **SHOOK, HARDY & BACON L.L.P.**<br><br>By: */s/ Daniel E. Rohner*<br>Daniel E. Rohner<br>1660 17th Street, Suite 450<br>Denver, Colorado 80202<br>Telephone: (303) 285-5300<br>Fax: (303) 285-5301<br>drohner@shb.com<br><br>*Attorneys for Defendant American Express National Bank and Stephen Squeri* | By: */s/ Edward Peri*<br><br>Edward Peri, *Pro Se*<br><br>With Visual Assistant Robin Hult |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023 a copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By Email

Edward Peri
860 Aurora Boulevard
Boulder, Colorado 80302
robin@hultcpa.com
EDDPERI@comcast.net


              */s/ Daniel E. Rohner*
              Daniel E. Rohner

2